**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **Tamayo Torres Jr.**   **Manuel**   **M.T.T.**
         (Last)                  (First)         (Initial)

Prisoner Number **V12118**   **Salinas Valley State Prison**

Institutional Address **PO box 1050, Soledad, Ca 93960**

===================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Manuel Tamayo Torres Jr.**
(Enter the full name of plaintiff in this action.)

vs.

**Mike Evans (CDW),**

_____

_____

(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 3442 PJH (PR)**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement **Salinas Valley State Prison**

B.  Is there a grievance procedure in this institution?

　　YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

　　YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

1. Informal appeal ① SVSP·A·08·02534 - 6/5/08, ② SVSP·A·08·02534· 5/28/08, ③ SVSP·A·08·02534· 5/28/08, ④ SVSP·A·08· 02866· 6/24/08, ⑤ SVSP· A·08·04165· 5/9/08

2. First formal level Same.

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Manuel Tamayo Torres Jr. # V12118, Salinas Valley State Prison Po box 1050. A2-207 · Soledad, Ca 93960

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

① Mr. Drue. Medical Doctor. Salinas Valley State Prison.

COMPLAINT                    - 2 -

① Mr. R. Mack. Medical Doctor. ② Mr. V. Ryons. Reg Nurse. ④ Ms. Particla Counselor. ⑤ Mr. A. Burcon. Reg Nurse. ⑥ Mr. R. Howell. Reg Nurse. ⑦ Ms. Santy. Phd psychologist. ⑧ Ms. Castro. Reg Nurse. All Salinas Valley State Prison - "A" Yard, ⑨ Mr. Lee. Cheif Medical doctor. Soledad. Ca 93960

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

① Defendant- Dr. Drue. Seen on 4/9/08, when i went in due to Mal-practice Grisio Fulvin 500mgs - Buspirone 30mgs i was refused right Medical Service. Check out aftermath on these two pills together not for men Birth control. The torture, i was refused all chronos. ② Defendant- Dr. Mack - 3/12/08, i was seen on Mon down i was told i would get on MRI "never happened i was refused service and chronos. Dr. Mack sold me a temp. lower Bunk chrono for 4 cylinders of blood and i was assaulted for it. I was held down by R/N taking the blood with the needle after i told them to stop the needle went deep through my vein, i steel feel the ring i had, around bruze. Note: theirs more to everyone! ③ Defendant- 3/7/08 Mr. V. Ryons sent me back to cell after told i was throwing blood up. ④ Defendant- Ms Particla is holding me as a Mexican D.L. says 1-08-6-08 Hispanic meaning a person of portuguese descent me, "white" not Mexican. I've had many problems i need be down as white a.s.a.p.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want the court to fix my ethnicity status to "white" im north american, portuguese and Hawaiian im being racially profiled because my last name. I want my DN.A blood sample picked up by the polygraph everyone. Note: I also want the 4 cylinder's of blood collected i never sold it!

COMPLAINT - 3 -

Manuel Tamayo Jr. Jr.
V12118
Salinas Valley State Prison
PO box 1050 - A2-207
Soledad, CA 93960

United States District Court
Northern District of California

⑤  4/14/08
Defendant: R/N A. Burcon falsified a report saying i had restroom problems. That was the reason of my pain and torture! Grisiofulvin and Buspirone our the reason birth control i lucky to be alive the big conspiracy.

⑥ Defendent: R/N Rick-Howell, 4/16/08 I had a heart attack and seizure in front of him he told me he didn't like my attitude and kicked me out the clinic. He lied to me about an lower bunk chrono i got lumbar spinal problems due to staff assault.

⑦ Defendant: Dr. Sanly All 2008 lied to me refused to take me off their program told me all my problems where in my head. The medical mal-practice never happened nor the psych mal-practice all well, it's all in my head. Calling me a drunk on her report, trying to make me take more psych medication.

⑧ Defendant. 6/9/08 Ms. R/N Castro while drawing blood i told her to be careful she started moving the table after i told her not to. She ignored me the needle went down threw my vein it felt that way, i told the R/N taking the blood to stop he held me down for more blood with the needle saying i want more blood, may i add i had hep-C virus i got my liver back they want to use me as a lab rat for blood.

⑨ Defendant: 3/08-this day. Dr. Lee is cheif Medical Doctor, every time i've been to Central clinic on man downs i've been refused medical service i seen everyone go out to the hospital on emergencies but Dr. Lee always decides to send me back. He's always on the phone, Dr. Lee is oriental may i add both doctor who mal-practiced are oriental as well. Dr. Lee is the guy who approves the tripp to the hospital, it's a bit of a coincidence.

7-10-08                                  [signature]
                                          V12118

4

1  court if needed for identity. My name changed to "John Torry Oceans"
2  my birth certificate fixed to "white over white", gots no color on it ----. No color
3  I want all medical service and the right chronos to live permenent
4  chronos. My hair is falling out it bairly started! only 26 years old.
   Their charging me money for their mal-practice, i shouldn't be charged.
5  I declare under penalty of perjury that the foregoing is true and correct. Stop medical charge!

7  Signed this  July 10th  day of  July , 20 08

   _M___ #V12118_
10                       (Plaintiff's signature)

COMPLAINT                        - 4 -



Ismael Tamayo Torres Jr.
Salinas Valley State Prison
Po box 1050 - A2-207 #V12118
Soledad, Ca 93960

RECEIVED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the U.S. Northern district court
450 Golden Gate Avenue
San Francisco, Ca 94102

Pro Se

STATE PRISON
GENERATED MAIL

AIR MAIL ONLY

